```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAIROBY HERNANDEZ, Individually, and
on Behalf of All Others Similarly Situated,

                                         Plaintiff,

                       -against-

PERFECT PLANTS NURSERY, LLC,

                                    Defendant.
-----------------------------------------------------------------X

23-CV-0356 (PAE) (KHP)

ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on March 16, 2023 (doc. no 9) the Initial Case Management Conference currently scheduled for **April 11, 2023** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
             March 17, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge